IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL ROBINSON,<br><br>        *Plaintiff,*<br><br>v.<br><br>PATRICK BANNING, *et al.*,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 20-5442 |

### ORDER

**AND NOW**, this 30th day of November, after considering Defendant Banning's Motion *in Limine* (ECF No. 23), Plaintiff Robinson's Response (ECF No. 31), Robinson's Motion *in Limine* to Exclude Prior Criminal Acts (ECF No. 24), Banning's Response (ECF No. 26), and oral argument on the Motions (ECF No. 40) it is **ORDERED** that both Motions are **GRANTED** in part and **DENIED** in part for the reasons set forth in the accompanying Memorandum.

                                                        BY THE COURT:

                                                      ***/s/ Gerald J. Pappert***
                                                      GERALD J. PAPPERT, J.